UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DEVON GARRETT,<br><br>Petitioner,<br><br>v.<br><br>SHAWN MOORE, et al.,<br><br>Respondent. | 1:22-cv-00899-JLT-HBK (HC)<br><br>ORDER FINDING APPLICATION TO PROCEED *IN FORMA PAUPERIS* MOOT<br><br>(Doc. No. 25) |

Petitioner is proceeding on his habeas corpus petition filed under 28 U.S.C. § 2254. (Doc. No. 1). Pending before the Court is Petitioner's application to proceed *in forma pauperis* filed December 5, 2022. (Doc. No. 25). On July 12, 2022, Petitioner paid the $5.00 filing fee for this action (receipt no. CAS 139258).

Accordingly, the Court finds Petitioner's application to proceed *in forma pauperis* (Doc. No. 25) is moot.

Dated:   December 5, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1